AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

| | |
|---|---|
| RICHARD DARK HORSE STEVENETTE,<br>Plaintiff,<br><br>v.<br><br>GOVERNOR CHRISTINE GREGOIRE and<br>SECRETARY ELDIN VAIL,<br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CV-08-040-LRS |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to the Order Dismissing Complaint Without Prejudice entered May 2, 2008, Ct. Rec. 10.

| | |
|---|---|
| May 2, 2008<br>*Date* | JAMES R. LARSEN<br>*Clerk*<br>s/ Cora Vargas<br>*(By) Deputy Clerk*<br>Cora Vargas |